UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| RECO RONTAZA WILLINGHAM | CIVIL ACTION NO. 13-0010 |
| VERSUS | JUDGE DONALD E. WALTER |
| JOSEPH P. YOUNG | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein and having thoroughly reviewed the record and concurring with the findings of the Magistrate Judge under the applicable law, and noting the lack of written objections;

**IT IS ORDERED** that the Plaintiff's application for relief pursuant to 28 U.S.C. § 2241 is hereby **DENIED** and is **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED,** this 8 day of January 2014.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE